UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00348-MSK

UNITED STATES OF AMERICA,

  Plaintiff,

v.

SCOTT SHIRES,

  Defendant.

___

## ORDER DIRECTING RESPONSE
___

  **THIS MATTER** comes before the Court pursuant to the Government's Motion to Continue Sentencing **(# 20)**. The Defendant shall file a response, stating its position as to the Government's request, on or before **June 5, 2007**.

  Dated this 30th day of May, 2007

        **BY THE COURT:**

        *Marcia S. Krieger*
        ___

        Marcia S. Krieger
        United States District Judge