UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00348-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

SCOTT SHIRES,

       Defendant.

## ORDER GRANTING GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

THIS MATTER is before the Court on the Government's Unopposed Motion to Continue Sentencing Hearing **(#20)** and the Defendant's Response to Government's Unopposed Motion to Continue Sentencing Hearing **(#22)**.  The Court being fully advised in the foregoing,

**ORDERS** that the Motion **(#20) is GRANTED**.  The sentencing hearing currently scheduled for **June 8, 2007 is VACATED** and **RESET to December 10, 2007 at 10:00 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Dated this 5th day of June, 2007

                                            BY THE COURT:

                                            Marcia S. Krieger
                                            United States District Judge